ACCEPTED
01-14-00593-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 2:31:55 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00593-CR

In the
Court of Appeals
for the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/27/2015 2:31:55 PM

CHRISTOPHER A. PRINE
Clerk

————◆————

**No. 1344348**
In the 338th District Court
Of Harris County, Texas

————◆————

## TONY ESCOBAR
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

————◆————

### STATE'S THIRD MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN APPELLATE BRIEF

————◆————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of time in which to file the State's brief in this cause, and, in support thereof, presents the following:

1. Appellant was convicted of capital murder and sentenced to life imprisonment in the Institutional Division of the Texas Department of Criminal Justice.

2. Appellant filed a written notice of appeal on July 3, 2014.

3. The State's brief was due on April 27, 2015.

4. A final extension of time in which to file the State's brief is requested until May 12, 2015.

5. The following facts are relied upon to show good cause for the requested extension:

   i. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 01-14-00486-CR, *Mark Castellano, Appellant v. The State of Texas, Appellee*, which was filed on March 31, 2015.

   ii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. AP-77039, *Jeffrey Keith Prevost, Appellant v. The State of Texas, Appellee*, which is due to be filed on June 8, 2015.


WHEREFORE, the State prays that this Court will grant an additional extension of time until May 12, 2015 in which to file the State's brief in this cause.


Respectfully submitted,


/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826

State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

Wayne T. Hill
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
Tel: (713) 623-8312
Fax: (713) 626-0182
wthlaw@aol.com

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991

Date:  April 27, 2015